UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Aubrey Cody Volious, Jr.<br>    Sherri Christine Volious<br>              Debtor(s) | Case No. 15 B 09994 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>03/20/2015</u>.

    2) The plan was confirmed on <u>01/19/2016</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>04/05/2017, 05/03/2018</u>.

    5) The case was Dismissed on <u>07/31/2018</u>.

    6) Number of months from filing to last payment: <u>40</u>.

    7) Number of months case was pending: <u>43</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>NA</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $47,008.69 |
| Less amount refunded to debtor | $1,144.11 |

**NET RECEIPTS:** $45,864.58

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,310.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,880.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,190.10

Attorney fees paid and disclosed by debtor: $1,690.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acceptance Now | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 31,125.00 | 31,213.83 | 31,213.83 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 36,000.00 | 35,491.87 | 35,491.87 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 50.00 | 124.82 | 124.82 | 0.00 | 0.00 |
| BBY/CBNA | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 200.00 | 184.46 | 184.46 | 0.00 | 0.00 |
| Capital One | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital ONE BANK USA N.A. | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Cardiac Consulting Group | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 3,621.00 | 3,621.41 | 3,621.41 | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 0.00 | 543.86 | 543.86 | 0.00 | 0.00 |
| CBCS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 1,423.00 | 1,423.58 | 1,423.58 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 0.00 | 4,572.70 | 4,572.70 | 0.00 | 0.00 |
| Dept Stores National Bank/Macys | Unsecured | 100.00 | 109.00 | 109.00 | 0.00 | 0.00 |
| Harvard Collection Services | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| Illiana Nephrology Assoc. | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 721.97 | 721.97 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 264.20 | 264.20 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,606.00 | 1,439.87 | 1,439.87 | 1,439.87 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 883.00 | 682.80 | 682.80 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,911.00 | 9,861.38 | 9,861.38 | 9,861.38 | 0.00 |
| Internal Revenue Service | Secured | 33,315.00 | 33,315.00 | 33,315.00 | 28,857.20 | 1,516.03 |
| Internal Revenue Service | Unsecured | 80,726.00 | 62,417.51 | 62,417.51 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Unsecured | 5,828.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 23,396.00 | NA | NA | 0.00 | 0.00 |
| IRS Non-Priority | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Lake Imaging LLC | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univ. Med. Center | Unsecured | 2,854.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,307.00 | 846.66 | 846.66 | 0.00 | 0.00 |
| Opthalmic Specialists | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| Optima Tax | Unsecured | 5,850.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 3,000.00 | 3,470.04 | 3,470.04 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 7,951.00 | 8,511.48 | 8,511.48 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 34.00 | 409.03 | 409.03 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 393.00 | 526.49 | 526.49 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,243.00 | 2,605.61 | 2,605.61 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 842.00 | 841.60 | 841.60 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 446.00 | 880.52 | 880.52 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 401.00 | 798.59 | 798.59 | 0.00 | 0.00 |
| Radiology Imagining Consult | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 508.00 | 1,201.65 | 1,201.65 | 0.00 | 0.00 |
| South park Dental Care | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| St. Margarets Hospital | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Sams Club | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 24.00 | 102.39 | 102.39 | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 218.00 | 253.64 | 253.64 | 0.00 | 0.00 |
| Trugreen | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| United Credit Union | Unsecured | 5,741.00 | 5,310.16 | 5,310.16 | 0.00 | 0.00 |
| University of Chicago Med Ctr | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| University of IL Hospital | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Webbank/DFS | Unsecured | 4,482.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 134,000.00 | 146,157.38 | 146,157.38 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 10,291.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| WOW Schaumburg | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $146,157.38 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $75,217.18 | $0.00 | $0.00 |
| All Other Secured | $33,315.00 | $28,857.20 | $1,516.03 |
| **TOTAL SECURED:** | **$254,689.56** | **$28,857.20** | **$1,516.03** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,301.25 | $11,301.25 | $0.00 |
| **TOTAL PRIORITY:** | **$11,301.25** | **$11,301.25** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$91,912.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,190.10 |
| Disbursements to Creditors | $41,674.48 |
| **TOTAL DISBURSEMENTS :** | **$45,864.58** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2018           By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**